IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-16-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUINTIN DEANGELO REDDICK, | ) | |
| | ) | |
| Defendant. | ) | |

On December 11, 2018, Quinton Deangelo Reddick ("Reddick") filed a motion to seal his case. See [D.E. 48]. The court has carefully weighed the interests discussed in Reddick's motion to seal and those interests favoring public access to judicial documents and records. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 265-69 (4th Cir. 2014). The motion to seal [D.E. 48] is DENIED.

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge